UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KEVYN BRADLEY HEATH,<br><br>　　　　Defendant. | Case No. 24-cr-162 (KMM/JFD)<br><br>DECLARATION OF PUBLICATION |

The Notice of Criminal Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on January 8, 2025, as required by Fed. R. Crim. P. 32.2(b)(6), and by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by Attachment 1.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3/10/2025

Respectfully submitted,

LISA D. KIRKPATRICK
Acting United States Attorney

 *s/Adam Johnson*
BY: ADAM JOHNSON
Paralegal Specialist [Contractor]